**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6072**

_____

SEBASTIAN X. MOORE,

             Plaintiff - Appellant,

       v.

THEODIS BECK,

             Defendant - Appellee,

       and

NORTH CAROLINA DEPARTMENT OF CORRECTIONS,

             Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, Chief District Judge. (5:08-ct-03017-FL)

_____

Submitted:  July 28, 2011          Decided:  August 1, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sebastian X. Moore, Appellant Pro Se.   Elizabeth F. Parsons, Assistant  Attorney  General,  Raleigh,  North  Carolina,  for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sebastian X. Moore appeals the district court's orders denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moore v. Beck, No. 5:08-ct-03017-FL (E.D.N.C. Sept. 22 & Dec. 9, 2010). Moore's "Bias Motion" and motion for "Fed. R. Civ. P. 12(c) Judgment on the Pleadings" are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED